**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| TRIBE OF TWO, LLC, | ) | |
| | ) | |
| *Plaintiff/Opposer*, | ) | |
| | ) | |
| v. | ) | Misc. Case No.: _____ |
| | ) | |
| TOD'S S.P.A., | ) | |
| | ) | |
| *Defendant/Applicant*. | ) | |
| | ) | |

### TOD'S S.P.A.'S APPLICATION FOR THE ISSUANCE OF A SUBPOENA BY THE CLERK OF COURT

Tod's S.p.A. ("Tod's"), Applicant in U.S. Trademark Trial and Appeal Board Opposition Proceeding No. 91245265, by and through undersigned counsel and pursuant to 35 U.S.C. § 24, hereby moves for entry of an order directing the Clerk of Court for the United States District Court for the Southern District of New York to issue a subpoena for a deposition *duces tecum* of nonparty witness Susan Korey, residing in New York City and within the jurisdiction of this Court, in the form attached hereto as Exhibit A.

WHEREFORE, Tod's hereby respectfully requests the Court GRANT the instant motion. A proposed order is attached for the Court's convenience.

Dated: January 15, 2021.

Respectfully submitted,
THE SLADKUS LAW GROUP

s/ Carrie A. Hanlon
Carrie A. Hanlon
SDNY Bar No. CH2273
Email: carrie@sladlaw.com
Mark L. Seigel
Ga. Bar No. 634617
Email: mark@sladlaw.com
Jeffrey B. Sladkus

1

Georgia Bar No. 651220
Email: jeff@sladlaw.com
Jason H. Cooper
Georgia Bar No. 778884
Email: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Main: (404) 252-0900
Fax: (404) 252-0970

***Attorneys for Applicant***