UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tribe of Two, LLC,

                Plaintiff,

     –v–

Tod's S.p.A.,

                Defendant.

21-mc-32 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Tod's S.P.A.'s Application for the Issuance of a Subpoena by the Clerk of Court pursuant to 35 U.S.C. § 24 is hereby GRANTED. Dkt. No. 1. The Clerk of Court is respectfully directed to issue a subpoena in the form attached to Dkt. No. 5 as Exhibit A.

    SO ORDERED.

Dated: April 22, 2021
       New York, New York

                                  ALISON J. NATHAN
                              United States District Judge